

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
Date Signed: March 4, 2022

**The Order of the Court is set forth below. The docket reflects the date entered.**

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13 NO.:

JOHNNY ANDREW HENDERSON, JR.
TRACI BROOKE HENDERSON                                         18 – 01533 – JAW

### AGREED ORDER

      THIS CAUSE came before this Honorable Court on the Debtors' Motion to Modify Bankruptcy Plan [DK #58]; Trustee's Response [DK #59] and Response by Global Lending Services, LLC [DK #62] and on the Trustee's Motion to Disburse Insurance Proceeds [DK #63] and Response by Global Lending Services, LLC [DK #68]; and the parties agree as follows:

      THAT, Debtors' Motion to Modify Bankruptcy Plan is hereby granted in part.

      THAT the Trustee's Motion to Disburse Insurance Proceeds is hereby granted in part.

      THAT, the Trustee shall disburse the amount necessary to pay Global Lending Services, LLC 's claim pursuant to the Confirmed Plan to said Creditor.

      THAT, the Trustee shall hold $2,030.00 until Debtors receive a discharge or the Bankruptcy Case is dismissed or converted.  If the Debtors receive a discharge, the Trustee shall disburse the $2,030.00 in excess insurance proceeds to the Debtors.  Should the Bankruptcy Case be dismissed or converted, the Trustee shall disburse the excess insurance proceeds of $2,030.00 to Global Lending Services, LLC.

      THAT, the excess insurance proceeds remaining after the $2,030.00 is held shall be disbursed to Debtors as said funds are exempt.

### ##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/ Charles F. F. Barbour
CHARLES F. F. BARBOUR, ATTORNEY FOR
GLOBAL LENDING SERVICES, LLC

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR